*IFP Submitted*



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

**Christopher L. Kraus**
Independent Inventor and Patent Owner
Plaintiff, Pro Se
Email: Sales@stickyflask.com | Phone: 909-496-2846

v.

**Milwaukee Electric Tool Corporation,**
a Wisconsin corporation,
Defendant.

Case No.: 5:25-cv-03397-JGB-(DTBx)

COMPLAINT FOR PATENT INFRINGEMENT (35 U.S.C. § 271)
DEMAND FOR JURY TRIAL

## I. INTRODUCTION

This action arises under the patent laws of the United States. Plaintiff is the owner of U.S. Patent No. 11,766,144 B2 (the '144 Patent), which claims a system-level twist-lock mounting interface. Defendant Milwaukee Electric Tool Corporation manufactures and sells products that infringe the '144 Patent.

## II. THE PARTIES

Plaintiff Christopher L. Kraus is an individual residing in California and the sole owner of the '144 Patent. Defendant Milwaukee Electric Tool Corporation is a Wisconsin corporation with its principal place of business in Brookfield, Wisconsin.

## III. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a). Venue is proper under 28 U.S.C. §§ 1391 and 1400(b).

## IV. THE PATENT-IN-SUIT

The '144 Patent claims a rotational twist-lock system enabling a container-mounted base to securely engage a receiving base.

## V. INFRINGING CONDUCT

Milwaukee manufactures and sells PACKOUT™ products that include a twist-lock base performing the same function, in the same way, to achieve the same result as the claimed invention.

## VI. WILLFUL INFRINGEMENT

Milwaukee has continued infringing activities after notice of the '144 Patent.

## VII. DAMAGES

Plaintiff seeks damages adequate to compensate for infringement, including under the Entire Market Value Rule.

## VIII. INJUNCTIVE RELIEF

Plaintiff seeks a permanent injunction to prevent ongoing infringement.

## IX. CLAIM FOR RELIEF – PATENT INFRINGEMENT (35 U.S.C. § 271)

Milwaukee has infringed the '144 Patent by making, using, selling, and offering for sale infringing products.

## X. PRAYER FOR RELIEF

Plaintiff seeks judgment for damages, injunctive relief, interest, costs, and all just relief.

## XI. JURY DEMAND

Plaintiff demands a trial by jury.

SIGNATURE *[signature: Chris L Kraus]*
Dated: 12-15-2025

/s/ Christopher L. Kraus
Christopher L. Kraus
Plaintiff, Pro Se